## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In Re: Josette Clark** ) | |
| ) | Case No:   14 B 23872 |
| ) | Judge:   Cassling |
| ) | Chapter   13 |
| **Debtor** ) | |

### NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Tom Vaughn, 55 E. Monroe St., Suite 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor**: Josette Clark, 507 E. Glenwood-Lansing Rd., Glenwood, IL 60425
See Attached Service List

　　　　PLEASE TAKE NOTICE that on November 30, 2017 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cassling, or any other Bankruptcy Judge presiding in his place in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL, on the attached Motion to Approve Settlement, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

　　　　I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Ste. 300, Chicago, IL 60606, before 6:00 p.m. on or before November 20, 2017.

　　　　/s/ Michelle Hinds
Michelle Hinds
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing          U.S. Bankruptcy Court                   AFNI
0752-1                                    Eastern Division                        404 Brock Drive
Case 14-23872                             219 S Dearborn                          PO Box 3517
Northern District of Illinois             7th Floor                               Bloomington, IL 61702-3517
Chicago                                   Chicago, IL 60604-1702
Wed Dec  7 14:20:14 CST 2016

AMERICASH LOANS, LLC                      Aargon Agency As Agent For Ops 9 L   Llc Cer    Aaron Sales & Lease Ow
PO BOX 184                                Ops 9 L   Llc Certegy                1015 Cobb Place Blvd Nw
DES PLAINES, IL 60016-0003                8668 Spring Mountain Rd              Kennesaw, GA 30144-3672
                                          Las Vegas, NV 89117-4132


Advance America, Cash Advance             Ameri Cash Loans                     Ameri Cash Loans
1642 E. 80th Ave                          35 W Dundee                          880 Lee St. Suite 302
Merrillville, IN 46410-5732               Wheeling, IL 60090-4863              Des Plaines, IL 60016-6487


Arnold Scott Harris                       Arnold Scott Harris                  Arnoldharris
111 West Jackson Blvd                     222 Merchandise Mart Plaza           111 West Jackson B
Suite 600                                 Suite 1932                           Chicago, IL 60604-3589
Chicago, IL 60604-3517                    Chicago, IL 60654-1420


Associate Urological Specialist           Atg Credit                           Bank of America N.A.
PO BOX 516                                1700 W Cortland St Ste 2             Loss/Recovery
Bedford Park, IL 60499-0516               Chicago, IL 60622-1131               P O Box 982284
                                                                               El Paso, TX 79998-2284


CBCS                                      CERASTES WTB, LLC                    Calumet City
PO Box 69                                 C O WEINSTEIN, PINSON AND RILEY, PS  75 Remittance Dr.
Columbus, OH 43216                        2001 WESTERN AVENUE, STE 400         Ste. 6658
                                          SEATTLE, WA 98121-3132               Chicago, IL 60675-6658


Cashcall Inc                              (p)CHOICE RECOVERY INC               Chuck Bretz & Associates
1 City Blvd W                             1550 OLD HENDERSON ROAD              58 N. Chicago St., 2nd Floor
Orange, CA 92868-3621                     STE 100                              Joliet, IL 60432-4339
                                          COLUMBUS OH 43220-3662


Circuit Court of Cook County              City Of Chicago Department Of Revenue   City of Chicago
50 W. Washington St.                      c/o Arnold Scott Harris PC.             Dept of Revenue
Room 1005                                 111 W Jackson Ste 600                   PO Box 88292
Chicago, IL 60602-1464                    Chicago, IL 60604-3517                  Chicago, IL 60680-1292


City of Chicago Heights                   City of Chicago Heights              Com Ed
1601 S Halsted                            Water Billing Dept.                  Customer Care Center
Chicago Heights, IL 60411-3524            1601 Chicago Rd.                     PO Box 805379
                                          Chicago Heights, IL 60411-3447       Chicago, IL 60680-4179


Commonwealth Edison Company               Consultants in Pathology, S.C.       Credit Acceptance
3 Lincoln Center                          PO BOX 30309                         25505 W 12 Mile RD #3000
Attn: Bankruptcy Department               Charleston, SC 29417-0309            Southfield MI 48034-8331
Oakbrook Terrace, IL 60181-4204
```

| | | |
|---|---|---|
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Credit Mgmt<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Ditronics<br>PO BOX 7648<br>Goodyear, AZ 85338-0645 | Ditronics Financial Services<br>Pob 7408<br>Goodyear AZ 85338-0641 | Dr Elser<br>5716 W 95th St.<br>Oak Lawn, IL 60453-2345 |
| Edelstein & Edelstein<br>3825 W. Montrose Ave<br>Chicago, IL 60618-1091 | Fast Cash USA<br>c/o David Axelrod<br>1448 Old Skokie Rd.<br>Highland Park, IL 60035-3040 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| Fingerhut<br>PO Box 166<br>Newark, NJ 07101-0166 | First Midwest Bank<br>PO Box 9003<br>Gurnee, IL 60031-9003 | First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Franciscan Expresscare<br>PO BOX 630514<br>Cincinnati, OH 45263-0514 | GAFCO<br>205 West Wacker Drive Sutie 322<br>Chicago, IL 60606-1216 |
| GLA Company Inc.<br>Dept 002<br>PO Box 7728<br>Louisville, KY 40257-0728 | Great American Finance<br>20 N.Wacker Dr., Suite 2275<br>Chicago, IL 60606-1294 | (p)GUARANTY BANK<br>4000 W BROWN DEER ROAD<br>LOAN ADMINISTRATION<br>BROWN DEER WI 53209-1221 |
| Heights Finance Corp<br>1532 Creek Dr<br>Morris, IL 60450-6862 | Heritage Acceptance<br>120 W Lexington<br>Elkhart, IN 46516-3141 | Heritage Acceptance Corp.<br>121 S. Main St.<br>Elkhart, IN 46516-3123 |
| Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | JB Morgan Chase<br>4411 W. 211th Street<br>Matteson, IL 60443-3808 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Linebarger Goggan Blair & Sampson<br>PO Box 06140<br>Chicago, IL 60606-0140 | Little Company of Mary Hospital<br>2800 W 95th St<br>Evergreen Park, IL 60805-2795 | M.C.O.A.<br>City of Calumet City<br>Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing IL 60438-3112 |
| M.C.O.A.<br>Village of Glenwood<br>Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing IL 60438-3112 | M.C.O.A.<br>Village of Olympia Fields<br>Municipal Collections of America Inc<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | MB Financial Bank<br>6111 North River Rd<br>Des Plaines, IL 60018-5111 |

Mcsi Inc
Po Box 327
Palos Heights, IL 60463-0327

MiraMed Revenue Group
PO Box 536
Linden, MI 48451-0536

Monterey Financial Svc
4095 Avenida De La Plata
Oceanside, CA 92056-5802

Municipal Collection Services Inc
PO Box 327
Palos Heights, IL 60463-0327

Municipal Collection Services Inc
PO Box 666
Lansing, IL 60438-0666

NCC
815 Commerce Drive
Suite 270
Oak Brook, IL 60523-8852

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044-2368

QVC
1365 Enterprise Drive
West Chester, PA 19380-5967

Quest Diagnostics
1355 Mittel Boulevard
Attn: Patient Billing
Wood Dale, IL 60191-1024

St. James Health
2434 Interstate Plaza Drive
Suite 2
Hammond, IN 46324-2947

TRS Recovery Services
5251 Westheimer
Houston, TX 77056-5416

Torres Credit Srv
27 Fairview
Carlisle, PA 17015-3200

Transworld Systems
1375 E. Woodfield Rd., Ste. 110
Schaumburg, IL 60173-5423

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

Us Dept Of Ed/glelsi
2401 International
Madison, WI 53704-3121

Usa One Credit Union
4749 Lincoln Mall Dr
Matteson, IL 60443-3806

Village of Matteson
4900 Village Commons
Matteson, IL 60443-2666

Webbank-Fingerhut
6250 Ridgewood Rd
St. Cloud, MN 56303-0820

Webbank/fingerhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Well Group Health Partners
333 Dixie Highway
Chicago Heights, IL 60411-1748

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive
Ste. 300
Chicago, IL 60606-1390

Josette L Clark
507 Glenwood-Lansing Rd
Gleenwood, IL 60425-1771

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220

Guaranty Bank
4000 W Brown Deer Rd
Milwaukee, WI 53223

Jefferson Capital Systems LLC
Purchased From Skutr Financial, Llc
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Clerk of the Circuit Court of Cook<br>c/o Arnold Scott Harri | (u)QVC | End of Label Matrix<br>Mailable recipients    83<br>Bypassed recipients     2<br>Total                  85 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In Re: Josette Clark** | ) |
| | ) Case No:  14 B 23872 |
| | ) Judge:  Cassling |
| | ) Chapter  13 |
| **Debtor** | ) |

## MOTION TO APPROVE SETTLEMENT

Now comes Josette Clark (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order allowing the Debtor to proceed with a settlement, and in support thereof, respectfully represents as follows:

1. On June 27, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on September 18, 2014.

3. The Debtor has hired the law firm of Clark, Love & Hutson, GP to pursue a personal injury claim due to a defective transvaginal mesh implant.

4. The Debtor has received a net settlement offer in the amount of $1,288.91. Please see Exhibit.

5. The Debtor respectfully requests that this court allow her to accept the settlement of her personal injury claim and authorize her attorneys to disburse the net settlement proceeds to the Debtor.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order authorizing the Debtor to accept the net settlement in the amount of $1,288.91, and for such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Michelle Hinds_____
Michelle Hinds
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001