CLARK, LOVE & HUTSON, GP (fka Clark, Burnett, Love & Lee, GP)
COOK SETTLEMENT STATEMENT
November 14, 2017
**Josette Clark**

| | | | |
|---|---|---:|---:|
| **GROSS SETTLEMENT AWARD** | | | $ 2,500.00 |
| LESS ATTORNEY FEES (35% OF GROSS SETTLEMENT) | | | |
| Attorney Fees (31% of Total Gross Settlement Award) | $ | 775.00 | |
| MDL Fee (4% of Total Gross Settlement Award, deducted from Atty Fees per Court Order) | | 100.00 | |
| Total Attorney Fees | | 875.00 | (875.00) |
| LESS CASE EXPENSES | | | |
| MDL Fee (1% of Gross Settlement Award deducted from Client's Recovery per Court Order) | | 25.00 | |
| Deferred Atty Fees from Previous Settlement | | 311.09 | |
| Total Case Expenses | | 336.09 | (336.09) |
| **SETTLEMENT AWARD BALANCE** | | $ | **1,288.91** |