UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Josette Clark<br><br><br>Debtor(s) | BK No.: 14-23872<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

## ORDER APPROVING SETTLEMENT

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Settlement;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor is permitted to accept a net Settlement of $1,288.91 for a defective mesh device implanted on October 24, 2006.

2. Upon receipt of the settlement proceeds, Clark, Love & Hutson, GP shall distribute $530.00 of the net settlement to the Chapter 13 Trustee, Tom Vaughn.

3. Clark, Love & Hutson, GP shall distribute the remainder of the net settlement directly to the Debtor.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 12 DEC 2017

**Prepared by:**
Law Offices of Jason Blust, LLC
211 W. Wacker, Suite 300
Chicago, IL 60606

Rev: 20170105_bko